SHULTS & TAMM, LLP
A LIMITED LIABILITY LAW PARTNERSHIP
LISSA D. SHULTS (JD 7910)
    E-Mail: lshults@shults-tamm.com
BRADLEY R. TAMM (JD 7841)
    E-Mail: btamm@shults-tamm.com
828 FORT STREET, STE 330
HONOLULU, HAWAI'I 96813
TELEPHONE (808) 524-4949
FACSIMILE (808) 524-4844

Brooks Tom Porter & Quitiquit LLP
A Limited Liability Law Partnership
Christian P. Porter (JD 3744)
    e-mail: cporter@btpqlaw.com
841 Bishop St, Ste 2125
Honolulu HI 96813
Tel: 808-526-3011
Fax: 808-523-1171

Attorneys for Defendant SEAN O'KELLEY

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re O'Kelley, Debtor | Case No. 08-01208 (Ch. 7) |
| COUNTRYWIDE HOME LOANS, INC,<br><br>        Plaintiff,<br><br>v.<br><br>JONATHAN ERIC WILKERSON; SEAN RYAN O'KELLEY; ELAINE HORTIZUELA GUERRERO O'KELLEY; PALEHUA COMMUNITY ASSOCATION;<br><br>        Defendants. | ADV. NO. 08-90060<br><br>**PROCESS AND PLEADINGS ACCOMPANYING NOTICE OF REMOVAL OF CIVIL ACTION** |

### PROCESS AND PLEADINGS ACCOMPANYING NOTICE OF REMOVAL OF CIVIL ACTION

        The following process and pleadings will be docketed in this case within the next few days and are respectfully submitted by Defendant SEAN O'KELLEY to support his Notice of Removal of civil action pursuant to 28 U.S.C. § 1452 and Rule

9027 of the Federal Rules of Bankruptcy Procedure.  To be filed

herein are the following documents:

| *Hooiki Dkt. #* | *Docket Description – date/time filed – filed by* |
|---|---|
| 1 | COMPLAINT; EXHIBITS 1-2; SUMMONS  - filed 02/22/2007 - 13:08 - filed by Robert M Ehrhorn Jr |
| 2 | PLAINTIFF'S NOTICE OF PENDENCY OF ACTION; EXHIBIT A  - filed 02/22/2007 - 13:09 - filed by Robert M Ehrhorn Jr |
| 3 | RETURN AND ACKNOWLEDGMENT OF SERVICE (SRVD COMPL;ETC ON PALEHUA COMM ASSN THRU JOHN R FORMEY,ADMIN ON 3/16/07 BY JACINTO CARRASCO III)  - filed 03/19/2007 - 14:36 - filed by Robert M Ehrhorn Jr |
| 4 | RETURN AND ACKNOWLEDGMENT OF SERVICE (SRVD COMPLAINT;ETC ON SEAN RYAN O KELLEY ON 3/17/07 BY JACINTO CARRASCO III,PROCESSS SERVER)  - filed 03/19/2007 - 14:36 - filed by Robert M Ehrhorn Jr |
| 5 | RETURN AND ACKNOWLEDGMENT OF SERVICE (SRVD COMPLAINT; ETC ON ELAINE HORTIZUELA GUERRRO O'KELLEY THRU SEAN RYAN O'KELLEY (HUSBAN) ON 3/17/07 BY JACINTO CARRASCO,III; PROCESS SERVER)  - filed 03/19/2007 - 14:37 - filed by Steven T Iwamura |
| 6 | ANSWER  - filed 03/30/2007 - 10:30 - filed pro se |
| 7 | RETURN AND ACKNOWLEDGMENT OF SERVICE (SVD ANSWER TO FORECLOSURE ON COUNTRYWIDE HOME LOANS INC THRU STEVEN IWAMURA ON 03/30/07 BY S O'KELLEY) - filed 03/30/2007 - 11:09 - filed pro se |
| 8 | ANSWER COUNTERCLAIM; EXHIBITS; C/S (BY filed pro se)  - filed 04/09/2007 - 09:49 - filed pro se |
| 9 | COUNTRYWIDE HOMELOANS,INC'S ANSWER TO COUNTERCLAIM OF DEFTS SEAN R O'KELLEY & ELAINE HG O'KELLEY FILE 4/9/07; CS  - filed 04/19/2007 - 10:40 - filed by Robert M Ehrhorn Jr |
| 10 | WITHDRAWAL AND SUBSTITUTION OF COUNSEL ANDORDER; COS  - filed 05/07/2007 - 09:06 - filed by Patricia J McHenry |
| 11 | DEFENDANTS, COUNTERCLAIM DEFENDANTS FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFF, COUNTERCLAIM PLAINTIFF  - filed 05/21/2007 - 11:07 - filed pro se |
| 12 | CERTIFICATE OF SERVICE  - filed 06/22/2007 - 15:38 - filed by Patricia J McHenry |
| 13 | (SUMMONS DENIED) DEFT PALEHUA COMMUNITY ASSOCIATION'S ANSWER TO COMPLAINT FILED ON 2/22/07; DEFT PALEHUA COMMUNITY ASSOCIATION'S COUNTERCLAIM; DEFT PALEHUA COMMUNITY ASSOCIATION'S CROSS-CLAIM AGAINST DEFTS JONATHAN ERIC WILKERSON, SEAN RYAN O'KELLEY, ELAINE HORTIZUELA GUERRERO O'KELLEY, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE CORPORATIONS 2-10, DOE ENTITIES 1-10, AND DOE GOVERNMENTAL UNITS 1-10; EXHIBIT A; SUMMONS  - filed 07/20/2007 - 12:35 - filed by Pamela Schell |

| Hooiki Dkt. # | Docket Description - date/time filed - filed by |
|---|---|
| 15 | DEFT PALEHUA COMMUNITY ASSOCIATION'S AMENDED NOTICE OF LIEN AND NOTICE OF PENDENCY OF ACTION; AFFIDAVIT IN SUPPORT OF FILING NOTICE OF PENDENCY OF ACTION; EXHIBIT A  - filed 07/20/2007 - 12:38 - filed by Pamela Schell |
| 16 | ALIAS SUMMONS (SUMMONS DENIED)  - filed 08/14/2007 - 15:46 - filed by Patricia J McHenry |
| 17 | ALIAS SUMMONS  - filed 08/15/2007 - 11:09 - filed by Patricia J McHenry |
| 18 | RETURN AND ACKNOWLEDGMENT OF SERVICE (SRVD COMPLAINT ETC ON JONATHAN ERIC WILKERSON ON 8/15/2007 BY R TAUM)  - filed 08/20/2007 - 11:03 - filed by Patricia J McHenry |
| 19 | CERTIFICATE OF SERVICE  - filed 08/27/2007 - 10:40 - filed by Patricia J McHenry |
| 20 | PLTF/CNTRCLM DEFT COUNTRYWIDE HOME LOANS, INC.'S MOTION FOR SUMMARY JUDGMENT AS TO ALL CLAIMS ASSERTED IN DEFTS/CCNTRCLM PLTFS SEAN O'KELLEY AND ELAINE O'KELLEY'S COUNTERCLAIM FILED 4/9/07; MEMO IN SUPPORT OF MOTION; DECLARATION OF JONATHAN ERIC WILKERSON; DECLARATION OF DEBORAHGONZALES; DECLARATION OF NICHOLAS CORPUZ; EXHIBITS A-K; NOTICE OF HEARING MOTION AND C/S (HRG: 2/6/08, 9:00AM, J/BLONDIN)  - filed 01/15/2008 - 10:37 - filed by Allison M Mitzuo |
| 22 | DEFTS AND COUNTERCLAIM PLTFS SEAN RYAN O'KELLEY'S AND ELAINE HORTIZUELA GUERRERO O'KELLEY'S CROSS MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLTF AND COUNTER CLIAM DEFT COUNTRYWIDE HOME LOANS INC'S MOTION FOR SUMMARY JUDGMENT FILED 1/15/08; MEMORANDUM IN SUPPORT OF DEFTS AND COUNTERCLAIM PLTFS SEAN RYAN O'KELLEY'S AND ELAINE HORTIZUELA GUERRERO O'KELLEY'S CROSS MOTION FOR SUMMARY JUDGMENT AND OPPOSITIOONTO PLTF AND COUNTER CLAIM DEFT COUNTRYWIDE HOME LOANS, INC'S MO- TION FOR SUMMARY JUDGMENT FILED 1/15/08; EX- HIBITS 1-8; DECLARATION OF SEAN RYAN O'KELLEY; C/S (NON-HRG MOTION)  - filed 01/29/2008 - 15:29 - filed pro se |
| 24 | DEFENDANTS & COUNTERCLAIM PLAINTIFFS SEAN RYAN O'KELLEY'S & ELAINE HORTIZUELA GUERRERO O'KELLEY'S OPPOSITION TO PLAINTIFF & COUNTER CLAIM DEFENDANT COUNTRYWIDE HOME LOANS, INC'S MOTION FOR SUMMARY JUDGMENT FILED 1/15/08; MEMORANDUM IN SUPPORT OF DEFENDANTS AND COUNTERCLAIM PLAINTIFFS SEAN RYAN O'KELLEY'S & ELAINE HORTIZUELA GUERRERO O'KELLEY'S OPPOSITION TO PLAINTIFF & COUNTER CLAIM DEFENDANT COUNTRYWIDE HOME LOANS, INC'S MOTION FOR SUMMARY JUDGMENT FILED 1/15/08; EXHIBITS 1-8; DECLARATION OF SEAN RYAN O'KELLEY; C/S (HRG 2/6/08 @ 9:00AM BEFORE J/BLONDIN)  - filed 01/30/2008 - 15:38 - filed pro se |

| Hooiki Dkt. # | Docket Description – date/time filed – filed by |
|---|---|
| 26 | PLAINTIFF/COUNTERCLAIM DEFENDANT COUNTRYWIDE HOME LOANS, INC'S 1)REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AS TO ALL CLAIMS ASSERTED IN DEFENDANTS/COUNTERCLAIM PLAINTIFFS SEAN O'KELLEY & ELAINE O'KELLEY'S COUNTERCLAIM FILED 1/15/08 & 2)ITS MEMORANDUM IN OPPOSITION TO DEFTS & COUNTERCLAIM PLAINTIFFS SEAN RYAN O'KELLEY'S & ELAINE HORTIZUELA GUERRERO O'KELLEY'S CROSS MOTIONFOR SUMMARY JUDGMENT FILED JANUARY 29, 2008; DECLARATION OF CARINTHIA LEI KAHALEWAI; DECLARATION OF LYNN T OSHIRO; DECLARATION OF PATRICIA J MCHENRY, EXHIBIT 1, EXHIBITS L-N; CERTIFICATE OF SERVICE (HRG 2/6/08 @ 9:00AM BEFORE J/BLONDIN) - filed 02/01/2008 - 15:35 - filed by Allison M Mitzuo |
| 28 | SUBMISSION OF THE ORIGINAL SIGNED SECOND DECLARA- TION OF NICHOLAS CORPUZ; SECOND DECLARATION OF NICHOLAS CORPUZ; C/S  - filed 02/05/2008 - 15:26 - filed by Allison M Mitzuo |
| 29 | NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS AND COUNTERCLAIM PLAINTIFFS SEAN RYAN O'KELLEY AND ELAINE HORTIZUELA GUERRERO O'KELLEY; CERTIFICATE OF SERVICE  - filed 02/07/2008 - 16:05 - filed by Christian P Porter |
| 30 | PLAINTIFF/COUNTERCLAIM DEFENDANT COUNTRYWIDE HOME LOANS, INC. AMENDED NOTICE OF HEARING ON MOTION FOR SUMMARY JUDGMENT AS TO ALL CLAIMS ASSERTED IN DEFENDANTS/COUNTERCLAIM PLAINTIFFS SEAN O'KELLEY AND ELAINE O'KELLEY'S COUNTERCLAIM FILED APR 9, 2007, FILED JAN 29, 2008; CERTIFICATE OF SERVICE  - filed 02/07/2008 - 14:37 - filed by Allison M Mitzuo |
| 31 | NOTICE OF HEARING OF DEFENDANTS AND COUNTERCLAIM PLAINTIFFS SEAN RYAN O'KELLEY'S AND ELAINE HORTIZUELA GUERREEO O'KELLEY'S CROSS MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF AND COUNTER CLAIM DEFENDANT COUNTRYWIDE HOME LOANS, INC.'S MOTION FOR SUMMARY JUDGMENT FILED JAN 15, 2008 FILED JAN 29, 2008; CERTIFICATE OF SERVICE  - filed 02/08/2008 - 14:59 - filed by Christian P Porter |
| 32 | (DENIED) EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANTS AND COUNTERCLAIM PLAINTIFFS SEAN RYAN O'KELLEY'S AND ELAINE HORTIZUELA GUERRERO O'KELLEY'S FIRST MOTION TO AMEND DEFENDANTS AND COUNTERCLAIM PLAINTIFFS SEAN RYAN O'KELLEY'S AND ELAINE HORTIZUELA GUERRERO O'KELLEY'S COUNTERCLAIM FILED APRIL 9, 2007; DECLARATION OF CHRISTIAN P PORTER; EXHIBIT 1; ORDER GRANTING EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANTS SEAN RYAN O'KELLEY'S AND ELAINE HORTIZUELA GUERRERO O'KELLEY'S FIRST MOTION TO AMEND DEFENDANTS AND COUNTERCLAIM PLAINTIFFS SEAN RYAN O'KELLEY'S AND ELAINE HORTIZUELA GUERRERO O'KELLEY'S COUNTERCLAIM FILED APRIL 9, 2007; CERTIFICATE OF SERVICE  - filed 03/14/2008 - 09:14 - filed by Christian P Porter |
| 34 | DEFENDANTS SEAN RYAN O'KELLEY'S AND ELAINE HORTIZUELA GUERRERO O'KELLEY'S FIRST MOTION TO AMEND DEFENDANTS AND COUNTERCLAIM PLAINTIFFSSEAN RYAN O'KELLEY'S & ELAINE HORTIZUELA GUERRERO O'KELLEY'S COUNTERCLAIM FILED 4/9/07; MEMORANDUM IN SUPPORT OF FIRST MOTION TO AMEND; DECLARATION OF JOHN PAER; DECLARATION OFCHRISTIAN P PORTER; EXH 1; NOTICE OF HRG; C/S(HRG 4/8/08 @ 9:30AM)  - filed 03/14/2008 - 09:14 - filed by Christian P Porter |

| *Hooiki* <br> *Dkt. #* | *Docket Description – date/time filed – filed by* |
|---|---|
| 35 | AMENDED SUMMONS  - filed 03/19/2008 - 10:56 - filed by Pamela Schell |
| 36 | SUPPLEMENTAL MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; DECLARATION OF SEAN RYAN O'KELLEY; EXHIBITS 1-8; DECLARATION OF ELAINE HORTIZUELA GUERRERO O'KELLEY; DECLARATION OF CHRISTIAN P PORTER; EXHIBIT A; CERTIFICATE OF SERVICE (HRG 4/2/08 @ 9:00AM BEFORE J/BLONDIN)  - filed 03/25/2008 - 15:18 - filed by Christian P Porter |
| 37 | PLAINTIFF/COUNTERCLAIM DEFENDANT COUNTRYWIDE HOME LOANS, INC'S SUPPLEMENTAL RESPONSE TO DEFENDANTS/COUNTERCLAIM PLAINTIFFS SEAN RYAN O'KELLEY AND ELAINE HORTIZUELA GUERRERO O'KELLEY'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND INOPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, FILED 3/25/08; THIRD DECLARATION OF NICHOLAS CORPUZ;  - filed 03/28/2008 - 16:06 - filed by Allison M Mitzuo |
| 38 | DECLARATION OF BRIAN CONTORNO-GASTON; EXHIBITS O TO P; CERTIFICATE OF SERVICE (HRG 4/2/08 @ 9:00AM BEFORE J/BLONDIN)  - filed 03/28/2008 - 16:06 - filed by Allison M Mitzuo |
| 39 | PLAINTIFF/COUNTERCLAIM DEFENDANT COUNTRYWIDE HOME LOANS, INC.'S MEMORANDUM IN OPPOSITION TO DEFT/ COUNTERCLAIM PLAINTIFFS SEAN RYAN O'KELLEY AND ELAINE HORTIZUELA GUERRERO O'KELLEY'S MOTION TO AMEND COUNTERCLAIM FILED 4/9/07; DECLARATION OF PATRICIA J. MCHENRY; EXHIBIT F; CERTIFICATE OF SERVICE (HRG: 4/8/08 @930AM; JUDGE BLONDIN)  - filed 03/31/2008 - 15:49 - filed by Allison M Mitzuo |
| 40 | ORDER 1) GRANTING PLTF/COUNTERCLAIM DEFTCOUNTRY- WIDE HOME LOANS, INC.'S MOTION FOR SUMMARYJUDG- MENT AS TO ALL CLAIMS ASSERTED IN DEFTS/COUNTER- CLAIM PLTFS SEAN O'KELLEY & ELAINE O'KELLEY'S COUNTERCLAIM FILED 4/9/07 AND 2) DENYING DEFTS & COUNTERCLAIM PLTFS SEAN RYAN O'KELLEY'S & ELAINE HORTIZUELA GUERRERO O'KELLEY'S CROSS MOTION FOR SUMMARY JUDGMENT FILED ON 1/29/08  - filed 4/15/2008 - 08:28 - filed by Patricia J McHenry |
| 41 | DEFT PALEHUA COMMUNITY ASSOCIATION'S EX PARTE MOTION FOR FIRST EXTENSION OF TIME FOR SERVICE OF ITS CROSS-CLAIM FILED 7/20/07; AFFIDAVIT OF PAMELA J. SCHELL; ORDER GRANTING DEFT PALEHUA COMMUNITY ASSOCIATION'S EX PARTE MOTION FOR FIRST EXTENSION OF TIME FOR SERVICE OF ITS CROSS-CLAIM FILED 7/20/07  - filed 04/15/2008 - 08:37 - filed by Pamela Schell |
| 42 | ORDER GRANTING IN PART AND DENYING IN PART DEFTS SEAN O'KELLEY'S AND ELAINE HORTIZUELA GUERRERO O'KELLEY'S FIRST MOTION TO AMEND DEFTS AND COUNTER -CLAIM PLTFS SEAN RYAN O'KELLEY'S AND ELAINE HORTIZUELA GUERRERO O'KELLEY'S COUNTERCLAIM FILED 4/9/07; FILED ON 3/14/08  - filed 04/25/2008 - 08:19 - filed by Patricia J McHenry |
| 43 | DEFENDANTS AND COUNTERCLAIM PLAINTIFFS SEAN RYAN O'KELLEY'S AND ELAINE HORTIZUELA GUERRERO O'KELLEY'S AMENDED COUNTERCLAIM; SUMMONS  - filed 04/30/2008 - 11:14 - filed by Christian P Porter |

| Hooiki Dkt. # | Docket Description – date/time filed – filed by |
|---|---|
| 44 | DEFENDANT PALEHUA COMMUNITY ASSOCIATION'S SECOND AMENDED NOTICE OF LIEN AND NOTICE OF PENDENCY OF ACTION; AFFIDAVIT IN SUPPORT OF FILING NOTICE OF PENDENCY OF ACTION; EXHIBIT "A"  - filed 05/02/2008 - 13:52 - filed by Pamela Schell |
| 45 | PLAINTIFF/COUNTERCLAIM DEFENDANT COUNTRYWIDE HOME LOANS, INC'S REPLY TO DEFENDANTS/COUNTER- CLAIM PLAINTIFFS SEAN RYAN O'KELLEY AND ELAINE HORTIZUELA GUERRERO O'KELLEY'S AMENDED COUNTER- CLAIM FILED APRIL 30, 2008; C/S (BY ALLISON MIZUO LEE)  - filed 05/19/2008 - 15:49 - filed by Allison M Mitzuo |
| 46 | PLTF'S MOTION FOR SUMMARY JUDGMENT ON MORT- GAGES AND FOR DECREE OF FORECLOSURE; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF PATRICA J MCHENRY; DECLARATION OF INDEBTEDNESS EXHIBITS 1- 7; EXHIBIT Q; NOTICE OF HEARING AND C/S (HRG 8/20/08, 9:00 AM, J/BLONDIN)  - filed 07/25/2008 - 10:40 - filed by James H Ashford |
| 47 | DEFTS SEAN RYAN O'KELLEY'S AND ELAINE HORTIZUELA GUERRERO O'KELLEY'S MEMORANDUM IN OPPOSITION TO PLTF'S MOTION FOR SUMMARY JUDGMENT ON MORTGAGES AND FOR DECREE OF FORECLOSURE FILED 7/25/08; DECLARATION OF SEAN RYAN O'KELLEY; EXHIBITS 1-5; DECLARATION OF CHRISTIAN P PORTER; EXHIBITS A-C; CERTIFICATE OF SERVICE (HRG: 8/20/08 @ 9:00 AM, JUDGE BLONDIN)  - filed 08/12/2008 - 14:43 - filed by John H Paer |
| 48 | PLTF'S REPLY MEMORANDUM IN SUPPORT OF PLTF'S MOTION FOR SUMMARY JUDGMENT ON MORTGAGES AND FOR DECREE OF FORECLOSURE FILED 7/25/08; CERTIFICATE OF SERVICE (HRG: 8/20/08 @ 9:00 AM, JUDGE BLONDIN)  - filed 08/14/2008 - 15:38 - filed by Patricia J McHenry |
| 49 | DECLARATION OF COUNSEL IN SUPPORT OF PLTF'S MOTION FOR SUMMARY JUDGMENT ON MORTGAGES AND FOR DECREE OF FORECLOSURE FILED 7/25/08; EXHIBITS R AND S; CERTIFICATE OF SERVICE (HRG: 8/20/08 @ 9:00 AM, JUDGE BLONDIN)  - filed 08/18/2008 - 08:31 - filed by Patricia J McHenry |
| 50 | CERTIFICATE OF SERVICE  - filed 08/20/2008 - 15:36 - filed by Patricia J McHenry |
| 51 | DEFT PALEHUA COMMUNITY ASSOCIATION'S STATEMENT OF NO OPPOSITION TO PLTF'S MOTION FOR SUMMARY JUDGNENT FILED 7/25/08; CERTIFICATE OF SERVICE  - filed 08/22/2008 - 13:49 - filed by Pamela Schell |
| 52 | PLTF'S SUPPLEMENTAL REPLY MEMORANDUM IN SUPPORT OF PLTF'S MOTION FOR SUMMARY JUDGMENT ON MORTGAGES AND FOR DECREE OF FORECLOSURE FILED 7/25/08; CERTIFICATE OF SERVICE  - filed 08/25/2008 - 15:35 - filed by Patricia J McHenry |

| *Hooiki* Dkt. # | *Docket Description – date/time filed – filed by* |
|---|---|
| 53 | AFFIDAVIT OF PHILIP L LAHNE REGARDING SERVICE OF DEFT PALEHUA COMMUNITY ASSOCIATION'S ANSWER TO COMPLAINT FILED ON 2/22/07; DEFT PALEHUA COMMUNITY ASSOCIATION'S COUNTERCLAIM; DEFT COMMUNITY ASSOCIATION'S CROSS-CLAIM AGAINST DEFTS JONATHAN ERIC WILKERSON, SEAN RYAN O'KELLEY, ELAINE HORTIZUELA GUERRERO O'KELLEY, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE CORPORATIONS 2-10, DOE ENTITIES 1-10, AND DOE GOVERNMENTAL UNITS 1-10; EXHIBIT A; SUMMONS UPON PLTF COUNTRYWIDE HOME LOANS INC, A NEW YORK CORPORATION, EXHIBIT A; CERTIFICATE OF SERVICE  - filed 08/26/2008 - 13:55 - filed by Pamela Schell |
| 55 | NOTICE OF BANKRUPTCY; EXHIBIT A; CERTIFICATE OF SERVICE  - filed 08/28/2008 - 14:02 - filed by Christian P Porter |
| 56 | ORDER REQUIRING FILING OF STATUS REPORTS  - filed 09/16/2008 - 09:44 - filed by State Court |

The above listed process and pleadings will be filed in support of the Notice of Removal and relate to the civil action previously pending in the Circuit Court of the First Circuit of the State of Hawaii as *Countrywide Home Loans Inc., v. Wilkerson, etc., et. al.*, Civil Number 07-1-0343-02, and removed to the bankruptcy court.

DATED: October 29, 2008

Signed Electronically – CM/ECF use only.

_____
CHRISTIAN P. PORTER
*Brooks Tom Porter & Quitiquit LLP*

LISSA D. SHULTS,
BRADLEY R. TAMM,
*Shults & Tamm, LLP*

Attorneys for Defendant
SEAN RYAN O'KELLEY